IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

```
                                FILED
                                U.S. District Court
                                District of Kansas

                                OCT 0 6 2010

                                Clerk, U.S. District Court
                                By _____ Deputy Clerk
```

Debra Hendren,                )
                              )
            Plaintiff,        )   **CIVIL ACTION**
                              )
v.                            )   No. 09-2228-MLB
                              )
Sedgwick County Board of      )
County Commissioners,         )
                              )
                              )
            Defendant.        )
_____)

### VERDICT FORM

We, the jury, duly impaneled and sworn, upon our oaths, present the following answers to the questions submitted by the court:

Question No. 1:

Do you find that plaintiff has proved, by a preponderance of the evidence, that plaintiff's disability was a reason for defendant's actions?

Yes_____        No____X____

If your answer to Question No. 1 is "Yes," proceed to Question No. 2. If your answer to Question No. 1 is "No," your deliberations are complete.

22

Question No. 2:

What damages, if any, do you find were sustained by plaintiff as a result of defendant's actions?

    (a)   Compensatory damages (mental anguish, humiliation, emotional pain)                    $_____

Question No. 3:

If you have answered Question No. 1 "yes" but have also found that plaintiff has not proved that she suffered compensatory damages (Question No. 2) then you must award plaintiff nominal damages of $1.00.

                                          $ _____

Your deliberations are complete--your Foreperson should sign and date the verdict form and notify the court that you have reached a verdict.

| | |
|---|---|
| 10-6-10 | _____ |
| Date | Foreperson |

23