# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

*JUDGMENT IN A CIVIL CASE*

DEBRA HENDREN

        Plaintiff,

v                            Case Number 09-2228- MLB

SEDGWICK COUNTY BOARD
OF COMMISSIONERS
        Defendant.

Pursuant to the Jury Verdict on October 6, 2010, judgment is entered in favor of defendant.

Date: October 6, 2010

        TIMOTHY M. O'BRIEN
        Clerk of the Court

        s/ Robert Moody
        Robert Moody, Deputy Clerk